HAL TAYLOR, NSBN 4399
Esquire
HOWARD DAVID OLINSKY
    300 South State Street, Suite 420
    Syracuse, New York 13202
    Phone: 315-701-5780
    holinsky@windisability.com

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone: 415-977-8954
    Fax:   415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE G. SMITH,<br><br>      Plaintiff<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No: 2:16-cv-01284-JAD-GWF<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT** |

      Plaintiff Suzanne G. Smith (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time for the Commissioner to answer Plaintiff's Complaint by thirty days from September 12, 2016 to October 12, 2016. This is the Commissioner's first request for an extension.

1  There is good cause because the Certified Administrative Record (CAR) has not been
2  produced. The component of the Social Security Administration responsible for production of the
3  CAR, the Office of Disability Adjudication and Review (ODAR) continues to work through a
4  substantial caseload, and has not yet provided the CAR in the above-captioned case. Counsel for
5  the Commissioner has contacted ODAR and is working to produce the CAR. Plaintiff has no
6  objection.

                                            Respectfully submitted,

Date: September 12, 2016        HAL TAYLOR
                                            Esquire

                         By:   */s/* Howard David Olinsky*
                               HOWARD DAVID OLINSKY
                               *by email authorization on 9/12/16

                               Attorneys for Plaintiff

Date: September 12, 2016        DANIEL G. BOGDEN
                                            United States Attorney
                                            BLAINE T. WELSH
                                            Chief, Civil Division

                         By:   */s/ April A. Alongi*
                               APRIL A. ALONGI
                               Special Assistant United States Attorney

                               Attorneys for Defendant

                               IT IS SO ORDERED.

DATE: September 13, 2016                /s/ George Foley Jr.
                               THE HONORABLE GEORGE FOLEY, JR.
                               United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Joint Stipulation For Extension Of Time For Defendant To Answer Plaintiff's Complaint to be served, via CM/ECF notice, on:

    HOWARD DAVID OLINSKY
        holinsky@windisability.com

Date:   September 12, 2016

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant