HAL TAYLOR
Esquire
HOWARD D. OLINSKY
Esquire
    300 South State Street, Suite 420
    Syracuse, New York 13202
    Phone:  315-701-5780
    Fax:  315-701-5781
    holinsky@windisability.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE G. SMITH, | Case No:  2:16-cv-01284-JAD-GWF |
|     Plaintiff | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **(First Request)** |
|     Defendant. | |

Plaintiff Suzanne G. Smith (Plaintiff or Plaintiff's) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time for the Commissioner to file her Cross-Motion To Affirm by thirty-two days from December 13, 2016 to January 12, 2017, with all other dates in this Court's Order Concerning Review Of Social Security Cases extended accordingly. This is the Commissioner's first request for an extension.[1]

///
///
///
///
///
///
///
///
///

There is good cause because, since Plaintiff filed her Motion For Reversal And Remand (Plaintiff's Motion), counsel has been handling a large number of District Court and Ninth Circuit cases in addition to this one, with three briefs due within the next nine days. Additionally, the Commissioner's counsel has been out of the office on official travel for the past two days in preparation for an administrative hearing that was scheduled to commence on December 14, 2016. Further, counsel has had numerous other deadlines, including other District Court briefs, numerous settlement conferences, and discovery occurring in an employment case. As a result, the Commissioner needs additional time to properly respond to the issues Plaintiff raised in her

---

[1] This Court granted the Commissioner an extension of time to answer Plaintiff's Complaint because the Social Security Administration component responsible for producing the certified administrative record had not yet provided it to counsel. That extension occurred prior to briefing.

-2-

1 | Motion. Plaintiff has no objection.

Respectfully submitted,

Date:   December 14, 2016

HAL TAYLOR
Esquire

By:   */s/\* Howard D. Olinsky*
HOWARD D. OLINSKY
Esquire
\*by email authorization on 12/14/16

Attorneys for Plaintiff

Date:   December 14, 2016

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   December 15, 2016

*[signature: George Foley Jr.]*

THE HONORABLE GEORGE FOLEY, JR.
United States Magistrate Judge

-3-

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notice, on:

    HOWARD D. OLINSKY
        holinsky@windisability.com

| | |
|---|---|
| Date:  December 14, 2016 | DANIEL G. BOGDEN<br>United States Attorney<br>BLAINE T. WELSH<br>Chief, Civil Division |
| | By:  */s/ April A. Alongi*<br>APRIL A. ALONGI<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |